PROB 12C - (Rev. D/NM-8/2014)                                                                 65518

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Shanise Isabel Lopez |
| Docket Number: | 1084 1:13CR01172 -001MCA |
| Assigned Judge: | Honorable M. Christina Armijo, Chief United States District Judge |
| Date of Original Sentence: | 05/04/2012 |
| Original Offense: | 21 U.S.C. Sec. 846 and 841(b)(1)(C); Conspiracy to Possess with Intent to Distribute 50 Kilograms or More of Marijuana; |
| | 21 U.S.C Sec. 841(b)(1)(C); Possession with Intent to Distribute 50 Kilograms or More of Marijuana |
| Original Sentence: | BOP: 18 months custody; TSR: 36 months |
| Date Supervision Recommenced: | 10/28/2016 |
| Date Supervision Expires: | 10/27/2019 |
| Other Court Action: | 04/11/2013-Transfer of Jurisdiction from Western District of Texas to District of New Mexico. |

05/24/2013- 12B Modification submitted to the Court and approved, ordering the defendant to reside at a Residential Reentry Center for a period of up to four months.

11/13/2013- 12C Petition for Revocation of Supervised Release was submitted to the Court, and a warrant was issued. On December 19, 2013, the defendant appeared before your Honor for her Final Revocation Hearing. The Court revoked her Term of Supervised Release, and she was sentenced to two months custody and five years TSR.

03/06/2014- 12B Modification submitted to the Court and approved, ordering the defendant to participate in GPS for a period of up to 60 days. This was following the defendant's use of spice.

05/20/2014- 12A Report on Offender Under Supervision submitted to the Court, following the defendant's discharge from a treatment program, due to spice use. The Court ordered no action be taken, as the defendant was accepted into the Women's Center of Hope.

02/13/2015- 12C Petition for Revocation of Supervised Release was submitted to the Court, and a warrant was issued. The defendant appeared before the Court on April 9, 2015, for her Final Revocation Hearing, and the Petition was held in abeyance for three months. On July 23, 2015, the defendant appeared for a Status Conference before the Court, and the Petition was dismissed and the defendant was continued on her current term of Supervised Release.

09/11/2015- 12C Petition for Revocation of Supervised Release was submitted to the Court, and a warrant was issued. The defendant appeared for her Final Revocation Hearing on September 19, 2016, and was sentenced to three months custody, followed by 36 months of supervised release

## PETITIONING THE COURT

No warrant requested.  Emergency warrant issued.

U.S. Probation Officer of the Court, Camilla E. Duarte, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| MC | The defendant shall not unlawfully possess a controlled substance. |
| SC | The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered. |
| SC | The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer. |

In regards to the three above listed violations, on August 30, 2017, a home visit was conducted at the defendant's residence and contact was made with her boyfriend, Mark Quibell-Romo. It was determined, Mr. Quibell-Romo was a wanted felon, with an active warrant from the State of New Mexico Department of Corrections. It was reported he has resided there for at least six months. Mr. Quibell-Romo also disclosed he frequently used illegal drugs in the apartment. During a subsequent search of the defendant's apartment, marijuana, heroin, and Xanax pills were discovered, as well as drug paraphernalia, to include numerous syringes and a grinder.

The maximum statutory penalty:  2 years imprisonment; 3 years to life supervised release.
The revocation range of imprisonment:  3 to 9 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on.

Submitted:

Approved:    ☒ Phone Approval

*Camilla Duarte*
Camilla E. Duarte
U.S. Probation Officer

Kimberly Brawley
Assistant U.S. Attorney

Date: August 31, 2017

2