# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan Khalsa

United States Magistrate Judge

Clerk's Minutes – Preliminary Revocation / Detention

| | | | |
|---|---|---|---|
| Date: | 9/1/2017 | Case Number: | 13cr1172 MCA |
| Case Title: USA v. | Shanise Isabel Lopez | Liberty: | Rio Grande @ 9:46 |
| Courtroom Clerk: | E. Hernandez | Total Time: | 2 minutes |
| Probation/Pretrial: | Camilla Duarte | Interpreter: | n/a |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Howard Thomas | Defendant: | Phillip Sapien |

PROCEEDINGS:

- ☒ Defendant waives Preliminary Revocation hearing
- ☒ Court finds probable cause
- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Matter referred to Chief Judge Armijo for final disposition
- ☐ Other: