| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE | | | | | |
| Before the Honorable Karen B. Molzen | | | | | |
| United States Magistrate Judge | | | | | |
| Clerk's Minutes – Initial | | | | | |
| Date: | 8/31/2017 | | Case Number: | CR 13-1172 MCA | |
| Case Title: USA v. | Shanise Isabel Lopez | | Liberty: | Rio Grande @ | 10:27 am |
| Courtroom Clerk: | E. Romero | | Total Time: | 3 minutes | |
| Probation/Pretrial: | | | Interpreter: | n/a | |
| ATTORNEYS PRESENT: | | | | | |
| Plaintiff: | Howard Thomas | | Defendant: | Pro-Se | |

PROCEEDINGS:

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Preliminary Revocation/Detention | Rio Grande | 9/1/2017 | @ 9:30 am
- ☐ Other: